Opinion issued May 10, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00286-CR

____________


DONJUAN CHARLES ORR, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 174th District Court 

Harris County, Texas

Trial Court Cause No. 1057884






MEMORANDUM OPINION

 We lack jurisdiction to hear this appeal. The trial court deferred a finding of
guilt and placed appellant, Don Juan Charles Orr, on terms and conditions of
community service on December 6, 2006. Appellant did not file a motion for new
trial, and therefore the deadline for filing a notice of appeal was January 30, 2007, 30
days after sentencing. See Tex. R. App. P. 26.2(a)(1). 

 Appellant filed a pro se notice of appeal on March 21, 2007, 75days after the
deadline. An untimely notice of appeal fails to vest the appellate court with
jurisdiction to hear the case. Slaton v. State, 981 S.W.2d 208, 209-10 (Tex. Crim.
App. 1998); Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); Douglas
v. State, 987 S.W.2d 605, 605-06 (Tex. App.--Houston [1st Dist.] 1999, no pet.).

 We therefore dismiss the appeal for lack of jurisdiction.

 All pending motions are denied as moot.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Taft, Alcala, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).